BARRACK $v$. BOOTH and Others.

BARRACK
v.
BOOTH.

As there was no exception taken, in this case, to the ruling of the Court below, no question is presented in this Court.

*Tuesday,
June 9.*

APPEAL from the *Vigo* Circuit Court.

*Per Curiam.*—The complaint alleges that while the steamer *Julia Ann*, laden with a cargo valued at 40,000 dollars, in which the defendants were interested, was proceeding up the *Wabash* river, she was wrecked and sunk; that the plaintiff saved a large part of the goods from the wreck, for which he was entitled to salvage, and for which he has a lien on the goods to the amount of 5,000 dollars; that in doing so, and the better to effect the object of saving the goods at the least loss and expense, he appointed *Beebe Booth*, the defendant, his agent to take charge of them, which he undertook to do, and to cause the owners and insurers to pay each their averages of the salvage, to which the plaintiff was entitled; that *Booth*, disregarding, &c., took from the owners a bond requiring them to pay such average before delivery, &c.; that *Booth* refuses to account; and that plaintiff does not know the value of the goods of each owner, &c.

Demurrer to the complaint sustained, and judgment for the defendants.

There was no exception to the ruling of the Court, and of course nothing is presented for consideration (1).

The judgment is affirmed with costs.

GOOKINS, J., was absent.

*S. B. Gookins* and *E. E. Bassett*, for the appellant.

*J. P. Usher*, for the appellees.

(1) See note to *Wheeler* v. *Carpenter, ante*, 153, for cases.